UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

MARCH 6, 2017
DATE OF PROCEEDINGS

OFFICE:  CAMDEN
JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate                    Docket #   CR. 17-0052-02  (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
            v.
WILLIAM KWASNICK-02
         DEFENDANTS PRESENT

APPEARANCES:
Sarah M. Wolfe, AUSA for Government.
Richard F. Klineburger III, Esq. for Defendant M. Kwasnick
Daniella Gordon, Esq. for Defendant W. Kwasnick.


NATURE OF PROCEEDINGS:    STATUS CONFERENCE
Status hearing held re: recusal.
Hearing on application by Government to submit additional brief re: recusal issue;
Hearing on application by defendant William Kwasnick counsel for more time to submit additional brief re: recusal issue;
Hearing on defendant's Michael Kwasnick counsel oral motion for recusal;
Ordered counsel shall submit additional brief no later than March 31, 2017.
Hearing set for Monday, April 3, 2017 at 3:00 p.m., Courtroom 3A, on any contested issues.
Ordered bail continued as previously set by Magistrate Judge Karen M. Williams.
Counsel and defendants consent to a 2 week continuance pursuant to Speedy Trial Act;
Continuance Order to be submitted by Government.


Time commenced: 11:23 a.m. Time Adjourned: 11:47 a.m. Total Time: 10 min.

                                            s/ *Gladys Novoa*
                                            DEPUTY CLERK