

*Klineburger & Nussey*
**Attorneys At Law**
38 North Haddon Avenue
Haddonfield, NJ 08033
Telephone (856) 428-7000
Facsimile (856) 428-7530

Richard F. Klineburger, III
*Certified by the Supreme Court of*
*New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of*
*New Jersey as a Matrimonial Attorney*
**Admitted to practice in New Jersey & Pennsylvania**

Frank J. Hoerst, III *(Of Counsel)*
Carolyn G. Labin
Natalie E. Wentz
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*

March 3, 2017

Honorable Noel L. Hillman, U.S.M.J.
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101
**Sent Via Email Only**

    **RE:**    **USA v. KWASNIK et al**
            **Case Number: 1:17-cr-00052-NLH**

Dear Judge Hillman:

    As you are aware this office represents Mr. Michael Kwasnik, one (1) of the Defendants in the above captioned matter. Mr. Kwasnik has requested that I bring to your attention a possible conflict and basis for a recusal in same matter. It seems that in the case of *Westdale Construction v. Liberty State Financial et. al,* Civil Action Number: 09-2973 (NLH) a finding was made by Your Honor as follows: On page eighty-one (81) ***"that there is substantial evidence of potential fraud here. Violation of State or Federal Law, criminal law "*** and on page eighty-six (86) Your Honor referred the actions of my client and his Co-Defendant, William Kwasnik to the United States Attorney's Office.

    This referral is the basis of the current Indictment at bar. I am enclosing for Your Honor relevant copies of the transcript from said Hearing which was heard on March 17, 2010. I am sure we could address these issues more fully at the Status Conference on Monday, March 6, 2017. Thaking you for your attention and courtesies herein.

                              Very truly yours,
                              *Richard F. Klineburger,* III
                              RICHARD F. KLINEBURGER, III

RFK/klc
    cc:    Sarah Wolfe *(Via Email)*
            Daniella Gordon, Esquire *(Via Email)*
            Michael Kwasnik *(Via Email)*

---